RECEIVED JAN 02 2020
U.S. District Court
Middle District of TN

Docket #3:19-CV-00478
Judge: Aleta Trauger

To: Clerk of the Court,                                          1-2-20

    I am writing you to ask if the court did, or didn't recieve the change of address, and the completed service packet forms for the defendants that I sent to this honorable Court Clerks office on 11-19-19?
Because I have not recieved any forms showing that service to the defendants was made. Nor have I recieved any response by the defendants to my complaint.
    I do appreciate this Honorable Court being so patient and understanding to my lack of knowing the laws of civil proceedures as PRO-SE.
    Below is my current location and new address again just in case.

Ricky Joe Gennoe
M.C.C.X    #284217
541 Wayne "Cotton" Morgan Drive
P.O. Box 2000
Wartburg, TN  37887

Respectfully
Ricky Joe Gennoe
#284217
1-2-20
Docket #3:19-CV-00478
Judge: Aleta A. Trauger

Ricky Joe Gennoe
M.C.C.X #284217
541 wayne "cotton" Morgan Dr.
P.O. Box 2000
Wartburg, TN
37887

M.C.C.X
Legal Mail

DEC 30 2019
Privileged
Outgoing Mail

RECEIVED
JAN 02 2020
U.S. District Court
Middle District of TN

United States District Court
Office of the clerk
801 Broadway, Room 800
Nashville, TN
37203

